UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAY - 8 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MICHAEL BILBREY, aka Mike Bilbrey,

    Plaintiff-Appellant,

v.

BLUE FLAME BOTLE GAS INC.; et al.,

    Defendants-Appellees.

No. 00-17426

DC# CV-00-2177-EHC
Arizona (Phoenix)

ORDER

[X] FILED     ___ LODGED
___ RECEIVED  ___ COPY

JUN 1 4 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

On April 13, 2001, this court ordered appellant to pay the filing fees within 21 days, and warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the court. To date, appellant has not paid the fees. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 08 2001

by: _____ Deputy Clerk

For the Court

Jeniene Andrews
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\5.01\ja\00-17426.wpd

